THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Jose L. Pacheco as Owner of the 1980 Bayliner 2650 Explorer, Vessel Identification No. BLBA30EP0180, Registration No. WN193DX, for Exoneration From or Limitation of Liability | IN ADMIRALTY<br><br>Case No. 2:17-cv-1915<br><br>**ORDER OF STAY AND FOR NOTICE** |

A Complaint having been filed herein on December 26, 2017 pursuant to Rule F(2) of the Supplemental Rules for Certain Admiralty & Maritime Claims, by the above-named Petitioner as owner of the 1980 Bayliner 2650 Explorer, Vessel Identification No. BLBA30EP0180, Registration No. WN193DX ("the Vessel"), praying for exoneration from or limitation of their liability arising out of the fire that occurred on July 8, 2017, at the Port of Everett Marina, in Everett, King County, Washington, and for certain other relief; and the Complaint having stated the facts and circumstances upon which said exoneration and limitation are claimed; and the Petitioner having otherwise satisfied Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims; and it appearing that claims have been made or are about to be made against the Petitioner and against the Vessel for loss, damage, or destruction alleged to have been incurred in consequence of or related to said fire incident.

Now on motion of counsel for Petitioner, IT IS HEREBY ORDERED that prosecution of any action or proceeding against the Petitioner or the Petitioner's property with respect to any claim subject to limitation in this action is STAYED;

IT IS FURTHER ORDERED that a *Notice of Complaint for Exoneration from or Limitation of Liability* (hereinafter "*Notice*") attached to this <u>Amended</u> *Order*, issue out of and under the seal of this Court, against all persons with claims against the Petitioner for damages for any and all loss, destruction, or other damages caused by, resulting from, or related to the said fire incident at the Port of Everett Marina, in Everett, King County, Washington on July 8, 2017, referred to in the Complaint, citing each of them to appear before the Court and make due proof of their respective claims on or before the 6th of April, 2018;

IT IS FURTHER ORDERED that pursuant to Supplemental Rule F(4) Petitioner publish the *Notice* in the *Seattle Daily Journal of Commerce*, once a week for four successive weeks, and that the first publication of said *Notice* be at least thirty days before April 6, 2018; and

IT IS FURTHER ORDERED that pursuant to Supplemental Rule F(4) the *Notice* be mailed by counsel for the Petitioner on or before the date of the second publication to every person (or their attorney) known to have made any claim against the vessel or the Petitioner arising out of the aforesaid incident.

DATED this 25th day of January, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge