1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Jose L. Pacheco as Owner of the 1980 Bayliner 2650 Explorer, Vessel Identification No. BLBA30EP0180, Registration No. WN193DX, for Exoneration From or Limitation of Liability | IN ADMIRALTY<br><br>Case No. 2:17-cv-1915<br><br>**PETITIONER'S ~~(PROPOSED)~~ ORDER ON MOTION RE: SECURITY FOR COSTS** |

13  Based upon Petitioner's Motion re: Security for Costs, It Is Hereby ORDERED that,

14  pursuant to Rule F(1) of the Supplemental Rules for Certain Admiralty & Maritime Claims

15  and Local Admiralty Rule 120(b), Petitioner shall deposit with the Court security for costs in

16  the amount of $500 and interest in the amount of $60, which shall cover the interest at a rate

17  of six (6) percent for two (2) years.

18  DATED this **4th** day of **April**, 2018

19  _____
         United States District Court Judge

20
21  ///
22  ///
23  ///

**PETITIONER'S ORDER ON MOTION
RE: SECURITY FOR COSTS** - Page 1
Case No. 2:17-cv-1915
{28750-00347012;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990