|   |   |
|---|---|
| 1 | THE HONORABLE RICHARD A. JONES |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Jose L. Pacheco as Owner of the 1980 Bayliner 2650 Explorer, Vessel Identification No. BLBA30EP0180, Registration No. WN193DX, for Exoneration From or Limitation of Liability | IN ADMIRALTY<br><br>Case No. 2:17-cv-01915-RAJ<br><br>**ORDER OF DEFAULT JUDGMENT** |

THIS MATTER having come before the Court upon Limitation Petitioner Jose L. Pacheco's Motion for Default Judgment, and the Court having considered the evidence and authority in support thereof, including the pleadings and other papers filed in this action and the Petitioner's Motion for Default Judgment, and being fully advised in the premises, the Court finds that the relief requested is warranted.

NOW THEREFORE:

IT IS HEREBY ORDERED that Limitation Petitioner Pacheco's Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED that the Clerk is directed to enter default judgment in favor of Limitation Petitioner Pacheco and against the following:

1. Stan Murray;
2. Christine Del Pozo;
3. Ralph Avey;

**ORDER OF DEFAULT JUDGMENT** - Page 1
Case No. 2:17-cv-01915-RAJ

{28750-00409518;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4. Michael Halsey;
5. Charles Price;
6. Wigberto Bello;
7. John Collum;
8. Angela & Matthew Beland;
9. Patrick Greer;
10. Gregory Goss;
11. Tristan Dyer;
12. Tim Minter;
13. Peter Wilson;
14. Barry Dunkin;
15. Daniel Green;
16. Kevin Meyers;
17. Jeffrey Spencer;
18. Walter Northfield; and
19. All other claimants who have not appeared in or timely filed claims and/or answers in this action.
20.

IT IS FURTHER ORDERED that all such persons in default are hereby barred from filing any Claims and Answers in this Proceeding.

///

DATED this the 31st of May, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

**ORDER OF DEFAULT JUDGMENT** - Page 2
Case No. 2:17-cv-01915-RAJ

{28750-00409518;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990