THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Jose L. Pacheco as Owner of the 1980 Bayliner 2650 Explorer, Vessel Identification No. BLBA30EP0180, Registration No. WN193DX, for Exoneration From or Limitation of Liability | IN ADMIRALTY<br><br>Case No. 2:17-cv-01915-RAJ<br><br>ORDER FOR RETURN OF SECURITY COSTS |

THIS MATTER comes before the Court on Petitioner's Unopposed Motion for Return of Security Costs. Having considered the motion, and finding good cause, it is hereby ORDERED that Petitioner's Motion (Dkt. #29) is GRANTED. Pursuant to LCR 67, the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $560.00 plus all accrued interest, minus any statutory user fees, payable to "LeGros Buchanan & Paul, in Trust," and mail the check to LeGros Buchanan & Paul at 4025 Delridge Way SW, Suite 500, Seattle, Washington 98106-1271.

DATED this 23rd day of October, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER FOR RETURN OF SECURITY COSTS - Page 1
Case No. 2:17-cv-01915-RAJ

{28750-00451830;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990